942

petitioners. *Hiram M. Dow, Nelson Jones* and *Rex G. Baker* for respondent.

No. 659. FARGO GLASS & PAINT CO. *v.* GLOBE AMERICAN CORP. ET AL. C. A. 7th Cir. Certiorari denied. *Edward Atlas* and *Harry G. Fins* for petitioner. *Hubert Hickam, Alan W. Boyd* and *Ralph L. Read* for respondents.

No. 665. LICHTER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Paul W. Steer* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Alexander F. Prescott* for respondent.

No. 672. BIEVER MOTOR CAR CO. *v.* CHRYSLER CORPORATION. C. A. 2d Cir. Certiorari denied. *Sterling P. Harrington* and *Frederick A. Ballard* for petitioner. *Nicholas Kelley, Raymond E. Hackett, Francis S. Bensel* and *William H. Timbers* for respondent.

No. 629. HISS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE REED, MR. JUSTICE FRANKFURTER, and MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Chester T. Lane* and *Robert M. Benjamin* for petitioner. *Acting Solicitor General Rankin, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 644. BANKS & RUMBAUGH *v.* TOBIN, SECRETARY OF LABOR. C. A. 5th Cir. Durkin, present Secretary of Labor, substituted for Tobin. Certiorari denied. *James*